**EXHIBIT A**

**ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND**

I, _____, of _____declare

under penalty of perjury that I have read in its entirety and understand the Protective Order that was

issued by the United States District Court for the Eastern District of Pennsylvania on _____ in

*United States ex rel. Krahling v. Merck & Co., Inc.*, Civ. No. 10-4374 and *In re Merck Mumps Vaccine Antitrust*

*Litigation*, Civ. No. 12-03555.  I agree to comply with and to be bound by all terms of this Protective

Order and I understand and acknowledge that failure to so comply could expose me to sanctions

and punishment in the nature of contempt.  I solemnly promise that I will not disclose in any

manner any information or item that is subject to this Protective Order to any person or entity

except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the

Eastern District of Pennsylvania for the purpose of enforcing the terms of this Protective Order,

even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____

1