IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION | : : : : | CIVIL ACTION MASTER FILE NO. 12-3555 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : | |
| BELLAFLOR A. TROMPETA, a Medical Corporation, on behalf of themselves and all others similarly situated, Plaintiffs, v. MERCK & CO., INC., Defendant. | : : : : : : : : : : : | CIVIL ACTION NO. 14-6447 |

## ORDER

AND NOW, this 13th day of April, 2016, upon consideration of the parties' Stipulation Regarding Dismissing of Claims of Plaintiff Bellaflor Trompeta, M.D., A Medical Corporation ("Trompeta"), (Master File No. 12-3555, Dkt No. 106), it is hereby ORDERED that Trompeta's claims against Merck in the above-captioned case as well as all claims brought against Merck under California UCL on behalf of the California Subclass are hereby dismissed in their entirety without prejudice. The Clerk of Court is directed to close Civil Action Number 14-6447 for statistical and all purposes and to terminate Trompeta from Civil Action Number 12-3555.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.