UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI,<br><br>*Plaintiffs,*<br><br>v.<br><br>MERCK & CO., INC.<br>*Defendant.* | Civil Action No. 2:10-cv-04374 (CDJ) |
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master File No. 2:12-cv-03555 (CDJ) |

**PLAINTIFFS' MOTION REQUESTING PERMISSION TO FILE UNDER SEAL PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO STRIKE MERCK EXPERT WITNESSES NORMAN BAYLOR AND PETER PATRIARCA AND OPPOSITION TO CROSS-MOTION FOR AN ORDER UNDER 18 U.S.C. § 207 (j)(6)(A)**

Relators and private antitrust plaintiffs (collectively, "Plaintiffs") respectfully seek the Court's permission to file under seal Plaintiffs' Reply in Support of Their Motion to Strike Merck Expert Witnesses Norman Baylor and Peter Patriarca and Opposition to Cross-Motion for an order under 18 U.S.C. § 207 (j)(6)(A). The Protective Order governing these cases (Dkt. No. 84) protects the confidentiality of "Protected Material" so designated by the parties and permits the filing of litigation materials containing Protected Material "under seal pursuant to the Local Rules of Civil Procedure for the Eastern District of Pennsylvania until such time as the Court orders otherwise or denies permission to file under seal." (*Id.* at ¶ 10). Plaintiffs' combined Reply/Opposition cites to

numerous materials designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Protective Order. Accordingly, Plaintiffs respectfully request permission to file the Reply/Opposition and accompanying papers under seal.

Dated: January 4, 2019

Respectfully submitted,

By:  /s/ _____

Jeffrey L. Kodroff
John A. Macoretta
Diana J. Zinser
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300
jkodroff@srkattorneys.com
jmacoretta@srkattorneys.com
dzinser@srkattorneys.com

Kellie Lerner
David Rochelson
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, New York 10022
Telephone: (212) 980-7400
klerner@robinskaplan.com
drochelson@robinskaplan.com

Aaron M. Sheanin
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 1000
Mountain View, CA 94040
Telephone: (650) 784-4040
asheanin@robinskaplan.com

*Interim Co-Lead Counsel for
Plaintiffs and the Putative Class*

Jeffrey F. Keller
Kathleen R. Scanlan
**KELLER GROVER LLP**
1965 Market Street
San Francisco, CA 94103
Telephone: (415) 543-1305
jfkeller@KellerGrover.com
kscanlan@KellerGrover.com

Gordon Schnell
Robert L. Begleiter
Marlene Koury
Daniel J. Vitelli
Hamsa Mahendranathan
**CONSTANTINE CANNON LLP**
335 Madison Avenue
New York, NY 10017
Telephone: (212) 350-2700
gschnell@constantinecannon.com
rbegleiter@constantinecannon.com
mkoury@constantinecannon.com
dvitelli@constantinecannon.com
hmahendranathan@constantinecannon.com

*Counsel for Relators*