UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI,<br>　　　　*Plaintiffs,*<br>　　v.<br>MERCK & CO., INC.,<br>　　　　*Defendant.* | Civil Action No. 10-4374 (CDJ) |
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master File No. 12-3555 (CDJ) |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____ 2019, upon consideration of the motion of Defendant Merck Sharp & Dohme Corp., formerly known as Merck & Co., Inc., ("Merck") requesting permission to file under seal Merck's Letter in Response to Plaintiffs' Third Letter in Further Support of the Pending Motion to De-Designate and Unseal Portions of the Deposition of Dr. David Kessler, IT IS HEREBY ORDERED that the motion is GRANTED and that Merck's Letter shall be filed under seal.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE LYNNE A. SITARSKI
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE