
# Morgan Lewis

**Lisa C. Dykstra**
Partner
+1.215.963.5699
lisa.dykstra@morganlewis.com

March 18, 2019

<u>VIA ECF</u>

The Honorable Lynne A. Sitarski
United States Magistrate Judge
U.S. District Court for the Eastern District of Pennsylvania
601 Market Street, Room 3015
Philadelphia, PA  19106

Re:    *United States ex rel. Krahling v. Merck & Co., Inc.*, C.A. No. 10-4374 (E.D. Pa.)
       <u>*In re: Merck Mumps Vaccine Antitrust Litig.*</u>, C.A. No. 12-3555 (E.D. Pa.)

Dear Magistrate Judge Sitarski:

Merck writes in response to Plaintiffs' and Relators' (collectively, Plaintiffs') March 14, 2019 letter, which is Plaintiffs' third letter in supplemental support of their pending motion to de-designate deposition excerpts of Plaintiffs' proposed expert Dr. David Kessler.

Plaintiffs' letter is another procedurally improper attempt to supplement their briefing.  The letter refers to publicly available information about mumps outbreaks from the Centers for Disease Control and Prevention (CDC) to repeat the same points Plaintiffs previously raised in their briefing.  As the CDC has stated, the mumps vaccine is not 100 percent effective; rather a "person with two doses of MMR vaccine has about an 88% reduction in risk for mumps."  CDC, Mumps Vaccination, https://www.cdc.gov/mumps/vaccination.html.  Moreover, although "there has been a more than 99% decrease in mumps cases in the United States" since the U.S. mumps vaccination program started in 1967, "mumps outbreaks still occur, particularly in settings where people have close, prolonged contact, such as universities and close-knit communities."  *Id.*  In fact, the only new point to be gleaned from the data referenced in Plaintiffs' letter <u>contradicts</u> Plaintiffs' position.  The data shows that 2019 is on track to have considerably <u>fewer</u> mumps cases (less than 1,000) than in recent years.  CDC, Mumps Cases and Outbreaks, https://www.cdc.gov/mumps/outbreaks.html.

Plaintiffs' letter also fails to mention the fact that scientific experts at the CDC—the federal agency with the vaccine expertise and authority to continually monitor vaccine effectiveness and outbreaks across the United States—and the Advisory Committee on Immunization Practice (ACIP), which is made up of experts in vaccinology, immunology, pediatrics, and infectious diseases among other areas, have been closely studying issues related to mumps

The Honorable Lynne A. Sitarski
March 18, 2019
Page 2

outbreaks for years.[1] 

Merck has no objection to scheduling a conference at the Court's convenience to discuss Plaintiffs' pending motion related to Dr. Kessler. Merck would also welcome the chance to discuss the schedule for summary judgment briefing. It remains Merck's position that the deadline for summary judgment must be set after the resolution of Plaintiffs' motion, and Merck's cross-motion, with respect to whether Drs. Baylor and Patriarca can testify and after Merck's experts are deposed. Judge Jones's March 15, 2019 Order (C.A. No. 10-4374, Dkt. 234) provides that a hearing on those motions will not be scheduled until May, after the current April 12 dispositive motion deadline.

Respectfully submitted,

/s/ Lisa C. Dykstra

Lisa C. Dykstra
*Counsel for Defendant*
*Merck Sharpe & Dohme, Corp.*
*(f/k/a Merck & Co. Inc.)*

cc:     All Counsel of Record (via ECF)

---

[1] In response to "[a] substantial increase in the number of mumps outbreaks and outbreak-associated cases [occurring] in the United States since late 2015[,] . . . [d]uring March–October 2017, the ACIP Mumps Work Group held biweekly conference calls to review and discuss relevant scientific evidence" relating to, among other things, "[f]actors" such as "waning immunity" that "may contribute to the increasing number of mumps outbreaks." Recommendation of the Advisory Committee on Immunization Practices for Use of a Third Dose of Mumps Virus–Containing Vaccine in Persons at Increased Risk for Mumps During an Outbreak, MMWR, January 12, 2018 / 67(1); 33–38, https://www.cdc.gov/mmwr/volumes/67/wr/mm6701a7.htm; Feb. 23, 2017 Presentation by Mona Marin at ACIP Meeting, "Current Mumps Vaccination Recommendations and Epidemiology in the United States," https://stacks.cdc.gov/view/cdc/58810 (emphasis added).