UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI, <br>                 *Plaintiffs*, <br>          v. <br> MERCK & CO., INC., <br>                 *Defendant.* | Civil Action No. 10-4374 (CDJ) |
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | Master File No. 12-3555 (CDJ) |

### JOINT STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER

WHEREAS, on November 20, 2018, the Court entered a stipulated amendment to the Scheduling Order (i) extending the deadline for filing dispositive motions to April 12, 2019; and (ii) extending all other subsequent deadlines accordingly (C.A. No. 12-cv-3555, Dkt. 201);

WHEREAS, on March 14, 2019, the Court entered an Order adjusting the discovery deadline and ordering a hearing related to outstanding motions concerning two of Merck's expert witnesses (C.A. No. 10-cv-4374, Dkt. 234); and

WHEREAS, the parties agree that it is necessary to extend the schedule for filing dispositive motions until after the Court adjusts the discovery deadline;

NOW, THEREFORE, the parties hereby stipulate and agree, and the Court hereby orders, that the Scheduling Order is amended as follows:

1. The dispositive motion filing date of April 12, 2019, and the dates for responses and replies to dispositive motions, are suspended until further Order of the Court. Following the Court's hearing on the pending discovery motions and the

remaining expert depositions, the parties will meet and confer regarding the appropriate ~~the~~ deadline for dispositive motions. Should either party seek to file a dispositive motion in the interim, that party must first meet and confer in good faith with the opposing party to determine whether that issue is appropriately ripe for a dispositive motion, and the appropriate briefing schedule.

DATED: March 26, 2019                    Respectfully submitted,

| | |
|---|---|
| /s/ Gordon Schnell | /s/ Lisa C Dykstra |
| Gordon Schnell | Eric W. Sitarchuk |
| Robert L. Begleiter | Lisa C. Dykstra |
| Marlene Koury | Scott A. Stempel |
| Dan Vitelli | R. Brendan Fee |
| Hamsa Mahendranathan | Margaret E. Rodgers Schmidt |
| CONSTANTINE CANNON LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 335 Madison Avenue | 1701 Market Street |
| New York, NY 10017 | Philadelphia, PA 19103-2921 |
| Telephone: (212) 350-2700 | Telephone: 215-963-5000 |
| gschnell@constantinecannon.com | esitarchuk@morganlewis.com |
| rbegleiter@constantinecannon.com | ldykstra@morganlewis.com |
| mkoury@constantinecannon.com | sstempel@morganlewis.com |
| dvitelli@constantinecannon.com | bfee@morganlewis.com |
| hmahendranathan@constantinecannon.com | |
| | |
| /s/ Jeffrey F Keller | /s/ Dino S Sangiamo |
| Jeffrey F. Keller | Dino S. Sangiamo (*pro hac vice*) |
| Kathleen R. Scanlan | Sally W. Bryan (*pro hac vice*) |
| KELLER GROVER LLP | Kathleen Hardway (*pro hac vice*) |
| 1965 Market Street | VENABLE LLP |
| San Francisco, CA 94103 | 750 E. Pratt Street, Suite 900 |
| Telephone: (415) 543-1305 | Baltimore, MD 21202 |
| jfkeller@kellergrover.com | Telephone: 410-244-7400 |
| kscanlan@kellergrover.com | DSSangiamo@Venable.com |
| | SRBryan@Venable.com |
| **Counsel for Relators** | |
| | Neal K. Katyal (*pro hac vice*) |
| /s/ John A Macoretta | Jessica L. Ellsworth (*pro hac vice*) |
| Jeffrey L. Kodroff | HOGAN LOVELLS US LLP |

John A. Macoretta
Diana J. Zinser
SPECTOR ROSEMAN KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
jkodroff@srkw-law.com
jmacoretta@srkw-law.com
dzinser@srkw-law.com

*/s/ Hollis Salzman*
Hollis Salzman
Kellie Lerner
David B. Rochelson
Reena Jain
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7000
hsalzman@robinskaplan.com
klerner@robinskaplan.com
drochelson@robinskaplan.com
rjain@robinskaplan.com

Aaron M. Sheanin
ROBINS KAPLAN LLP
2440 West El Camino Real, Suite 1000
Mountain View, CA 94040
Telephone: (650) 784-4040
asheanin@robinskaplan.com

*Co-Lead Counsel for Plaintiffs*

555 Thirteenth Street NW
Washington, DC 20004
Telephone: 202-637-5600
neal.katyal@hoganlovells.com
jessica.ellsworth@hoganlovells.com

*Counsel for Defendant*
*Merck Sharpe & Dohme, Corp.*
*(f/k/a Merck & Co. Inc.)*

BY THE COURT:

_____
C. Darnell Jones II, J.

4.4.19