**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI, *Plaintiffs,* v. MERCK & CO., INC., *Defendant.* | Civil Action No. 10-4374 (CDJ) |
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION THIS DOCUMENT RELATES TO: ALL ACTIONS | Master File No. 12-3555 (CDJ) |

**JOINT STIPULATION AND [PROPOSED] ORDER
TO AMEND THE PROTECTIVE ORDER**

WHEREAS, on January 26, 2015, the Court entered a Protective Order in the above-captioned cases (C.A. No. 10-4374, Dkt. No. 69; C.A. No. 12-3555, Dkt. No. 84);

WHEREAS, counsel for the parties, the United States, the U.S. Department of Health and Human Services, the U.S. Food and Drug and Administration, and the Centers for Disease Control and Prevention have met and conferred regarding the Court's (sealed) May 16, 2019 Order (C.A. No. 10-4374, Dkt. No. 250; C.A. No. 12-3555, Dkt. No. 253) and agree that certain modifications to the Protective Order are necessary and appropriate to effectuate the May 16, 2019 Order;

NOW THEREFORE, the parties hereby stipulate and agree, and the Court hereby orders, that Paragraphs 7.2(d) and 7.3(d) of the Protective Order are amended to read as follows:

Government employees of FDA, CDC or HHS to whom disclosure is reasonably necessary provided that they agree to treat all such submissions consistent with 45 C.F.R. Part 5, 21 C.F.R. Part 20, 21 C.F.R. §601.51-(a) and any other applicable regulations regarding the submission and treatment of trade secret and confidential commercial or financial information, and provided that they agree to make reasonable efforts to notify the

Producing Party if they receive a request for any submission and determine that disclosure of any part of it may be required, as set out in 21 C.F.R. 20.61(e) and 45 C.F.R. 5.42. This provision is not intended to alter or enlarge any requirement or obligation of such Government employees beyond that imposed by applicable law.

DATED:  September 18, 2019                           Respectfully submitted,

_/s/ Gordon Schnell_                                _/s/ Lisa C. Dykstra_
Gordon Schnell                                      Eric W. Sitarchuk
Robert L. Begleiter                                 Lisa C. Dykstra
Marlene Koury                                       Scott A. Stempel
Daniel Vitelli                                      R. Brendan Fee
Hamsa Mahendranathan                                MORGAN, LEWIS & BOCKIUS LLP
CONSTANTINE CANNON LLP                              1701 Market Street
335 Madison Avenue                                  Philadelphia, PA  19103-2921
New York, NY  10017                                 Telephone:  215-963-5000
Telephone: (212) 350-2700                           eric.sitarchuk@morganlewis.com
gschnell@constantinecannon.com                      lisa.dykstra@morganlewis.com
rbegleiter@constantinecannon.com                    scott.stempel@morganlewis.com
mkoury@constantinecannon.com                        brendan.fee@morganlewis.com
dvitelli@constantinecannon.com
hmahendranathan@constantinecannon.com               Dino S. Sangiamo
                                                    Sally W. Bryan
Jeffrey F. Keller                                   VENABLE LLP
Kathleen R. Scanlan                                 750 E. Pratt Street, Suite 900
KELLER GROVER LLP                                   Baltimore, MD  21202
1965 Market Street                                  Telephone:  410-244-7400
San Francisco, CA  94103                            DSSangiamo@Venable.com
Telephone:  (415) 543-1305                          SRBryan@Venable.com
jfkeller@kellergrover.com
kscanlan@kellergrover.com
                                                    Neal K. Katyal (*pro hac vice*)
**Counsel for Relators**                            Jessica L. Ellsworth (*pro hac vice*)
                                                    HOGAN LOVELLS US LLP
_/s/ John A. Macoretta_                             555 Thirteenth Street NW
Jeffrey L. Kodroff                                  Washington, DC 20004
John A. Macoretta                                   Telephone: 202-637-5600
Diana J. Zinser                                     neal.katyal@hoganlovells.com
SPECTOR ROSEMAN KODROFF                             jessica.ellsworth@hoganlovells.com
   & WILLIS, P.C.
1818 Market St., Suite 2500                          **Counsel for Defendant**
Philadelphia, PA 19103
Telephone: (215) 496-0300
jkodroff@srkw-law.com
jmacoretta@srkw-law.com
dzinser@srkw-law.com

Kellie Lerner
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone:  (212) 980-7000
klerner@robinskaplan.com

*Co-Lead Counsel for Plaintiffs*

**BY THE COURT:**

LYNNE A. SITARSKI, U.S.M.J.

Date:   September 20, 2019

3