UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-016

No. 23-8046

IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION

MERCK & CO INC.,
Petitioner

(E.D. Pa. No. 2-12-cv-03555)

Present:  HARDIMAN, MONTGOMERY-REEVES and AMBRO, Circuit Judges

1. Petition by Petitioner for Permission to Appeal Pursuant to 28 U.S.C. Section 1292(b),

2. Response by Respondent in Opposition to Petition for Permission to Appeal Pursuant to 28. US.C. Section 1292(b);

3. Motion by Petitioner for Leave to File Reply in Support of Petition for Permission to Appeal Pursuant to 28. US.C. Section 1292(b);

4. Reply by Petitioner in Support of Petition for Permission to Appeal Pursuant to 28 US.C. Section 1292(b);

5. Response in Opposition by Respondent to Motion for leave to file a Reply.

        Respectfully,
        Clerk/pdb

_____ORDER_____

The foregoing petition for permission to appeal is granted. The Clerk is directed to assign the resulting appeal to the same merits panel as *Krahling v. Merck & Co, Inc.*, No. 23-2553.  In order to keep the two appeals on similar tracks, the Clerk is further directed to issue an expedited briefing schedule in the new appeal once all required case opening forms are filed. The motion for leave to file a reply is denied as moot.

        By the Court,

        s/ *Thomas M. Hardiman*
        Circuit Judge

Dated: November 17, 2023
PDB/cc: All Counsel of Record



**A True Copy:**

Patricia S. Dodszuweit, Clerk