# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ALL CASES ) ) | Master File No. 2:12-cv-03555 |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that attorney John A. Macoretta hereby withdraws his appearance previously entered on behalf of Plaintiffs in the above-captioned matter and should be removed from all service lists in this action. Plaintiffs will continue to be represented by Jeffrey L. Kodroff from the law firm of Spector Roseman & Kodroff, P.C. and Kellie Lerner from the law firm of Robins Kaplan LLP.

Dated: August 5, 2024

Respectfully submitted,

John A. Macoretta

**CERTIFICATE OF SERVICE**

I hereby certify that on _August 5_, 2024, a true and correct copy of the foregoing Notice of Withdrawal was filed and served on all counsel of record via ECF.

_____
John A. Macoretta