### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION | :<br>:<br>:  **CIVIL ACTION**<br>:  Master File No. 12-3555<br>: |
| THIS DOCUMENT RELATED TO:<br>ALL ACTIONS | :<br>: |

### O R D E R

**AND NOW**, this 10th day of October 2024, after review of the dockets in 12cv3555 Chatom Primary Care, P.C. v. Merck & Co., Inc. and 12cv3857 Klein v. Merck & Co., Inc. it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** the following cases: 12cv3555 Chatom Primary Care, P.C. v. Merck & Co., Inc. and 12cv3857 Klein v. Merck & Co., Inc.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**